No. 70–278.  GLOUNER ET AL. *v.* CALIFORNIA EX REL. DEPARTMENT OF PUBLIC WORKS.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 70–281.  WALLACE ET UX. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 70–282.  HOMEMAKERS, INC. *v.* CHICAGO HOME FOR THE FRIENDLESS.  C. A. 7th Cir.  Certiorari denied.

No. 70–288.  A. ZERKOWITZ & Co., INC. *v.* UNITED STATES.  C. C. P. A.  Certiorari denied.

No. 70–289.  ROSE *v.* ROSE ET AL.  Ct. App. Mich. Certiorari denied.

No. 70–292.  HYMAN-MICHAELS Co. ET AL. *v.* NATIONAL CARGO BUREAU, INC.  C. A. 6th Cir.  Certiorari denied.

No. 70–293.  ALLESSANDRINI, AKA ALESS *v.* AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 70–294.  CITY OF LOS ANGELES *v.* SHELL OIL Co. Sup. Ct. Cal.  Certiorari denied.

No. 70–302.  FIORINO *v.* NEW ENGLAND SCHOOL OF LAW ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 70–306.  TOBAR ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 70–307.  BECHTEL CORP. *v.* NEW JERSEY; and
No. 70–309.  COLONIAL PIPELINE Co. *v.* NEW JERSEY. Super. Ct. N. J.  Certiorari denied.